# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-three.

Dibo Hafif,

      Plaintiff - Appellant,

v.

Eli J. Mansour, Abraham Manopia, Evet Balas, Captain Derby St.Fort, 61st Precinct of NYPD, Captain Mo Tsang, 61st Precinct of NYPD, Detective Samuel Shaya, 61st Precinct of NYPD, Police Officer Gene Polyak, 61st Precincet of NYPD, Sergeant Andre Ross, 61st Precinct of NYPD, Police Officer Jesse Peterford, 61st prcinct of NYPD, Police Officer Osvaldo Marcillo, 61st Precinct of NYPD, Matthew Desimone, 61st Precinct of NYPD, Police Officer Jose Quinones, 61st Precinct of NYPD, Sergeant Gaspar Sciacca, 61st Precinct of NYPD, New York City Police Department, 61st Precinct Officers and the John Doe and Jane Doe Police Officers, Murray Betesh, Heshy Tischler, Amber Adler, Batya Reyz, Elisheva Yarimi, Jane Doe, Bracha Kahane, Michael Wahba, Toby Shacalo, Flatbush Shomrim, Sean Dweck, Rabbi Hayim A. Arking, Rabbi Uziel Admoni, Miriam Sabzehroo, Raquel Sabzehroo, David Assis, Richie Taylor, Commanding Officer - Inspector- NYPD, Lieutenant Martin Costello, 61st Precinct of NYPD, Lieutenant Marlon Rowe, 61st Precincet of NYPD, Detective Anthony Manetta, Detective Neil Boyce, 61st Precinct of NYPD, Detective Oleg Uruymagov, Sergeant  Santos, 61st Precinct of NYPD, Sergeant  Maslinski, 61st Precinct of NYPD, sergeant Mikha Goncharov, 61st Precinct of NYPD, Sergeant Tosa Korchiment, Sergeant Ruslan Matviv, 61st Precinct of NYPD, Sergeant  Cascone, 61st Precinct of NYPD, Police Officer  Buttgeri, 61st Precinct of NYPD, Police Officer  Galiazilia, 61st Precinct of NYPD, Police Officer  Locastro, 61st Precinct of NYPD, Police Officer  Montalto, 61st Precinct of NYPD, Police Officer  Parisi, 61st Precinct of NYPD, Police Officer Pierre Louis, 61st Precinct of NYPD, Police Officer  Poskhov, 61st Precinct of NYPD, Police Officer  Rodriguez, 61st Precinct of NYPD, Police Officer  Saitta, 61st Precinct of NYPD, Police Officer  Shafidiya, 61st Precinct of NYPD, Police Officer Thomas Costarella, 61st Precinct of NYPD, Police Officer Regina Ou, 61st Precinct of NYPD, Police Officer Melissa Hufford, 61st Precinct of NYPD, Police Officer Bridget M. Hearn, 61st Precinct of NYPD, Police Officer Yuriy Posokhov, 61st Precinct of NYPD, Police Officer Yevgeniy Ivankovsky, 61st Precinct of NYPD, Police Officer Raghunan Ramroop, 61st Precinct of NYPD, Police Officer Chun K. Yu, 61st Precinct of NYPD, Police Officer  Posokohov, 61st Precinct of NYPD, PAA

**ORDER**
Docket No. 23-961

Melissa George, 61st Precinct of NYPD, Pawel Maslinski, 61st Precinct of NYPD, Greenauerou, 61st Precinct of NYPD, David Ben Hooren,

        Defendants - Appellees..

_____

        Appellant has filed a notice of appeal from a magistrate judge order dated [insert date]. The order appears to be non-appealable. See 28 U.S.C. §1292; 28 U.S.C. § 636(b)(1), (c)(1). Appellant is advised that the order may be appropriate for the district judge to review upon Appellant's filing of objections. See 28 U.S.C. § 636 (b)(1).

        IT IS HEREBY ORDERED that Appellant file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due July 24, 2023. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court