NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Hafif v. Mansour  Docket No.: 23-961

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jamison Davies

Firm: New York City Law Department

Address: 100 Church St., New York NY 10007

Telephone: 212-356-2490   Fax: 212-356-1148

E-mail: jdavies@law.nyc.gov

Appearance for: Derby St. Fort, Mo Tsang, Samuel Shaya, Gene Polyak, Andre Ross, Jesse Peterford, Osvaldo Marcillo, Matthew Desimone, Jose Quinones, and Gaspar Sciacca/Appellees
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Hon. Sylvia Hinds-Radix/NYC Law Department )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/9/2023   OR

☐ I applied for admission on .

Signature of Counsel: /s/ Jamison Davies

Type or Print Name: Jamison Davies