# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-three.

_____

Dibo Hafif,

        Plaintiff - Appellant,

v.

Eli J. Mansour, et al.

        Defendants - Appellees.

_____

**ORDER**

Docket No. 23-961

On August 29, 2023, the Court issued default orders dismissing the appeal effective September 18, 2023 unless Appellant submitted an Acknowledgment and Notice of Appearance form and Form D-P.

IT IS HEREBY ORDERED that the August 29, 2023 default orders are VACATED. Pursuant to this Court's July 10, 2023 order, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court